UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REYNA RODRIGUEZ

                         Plaintiff,                    22 **CIVIL** 5135 (CM(JW)

       -against-                                **JUDGMENT**

KILOLO KIJAKAZI
Acting Commissioner of
Social Security

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Stipulation and Order dated December 6, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:** New York, New York

      December 6, 2022

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                           **BY:**

                                                           **Deputy Clerk**